UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Michael Bagby,
    Plaintiff

-vs-                                    Case No. 1:12-cv-488

Covidien,
    Defendant

**JUDGMENT**

| | |
|---|---|
| **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X**   **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is GRANTED.  Plaintiff's complaint is dismissed with prejudice.


Date: March 17, 2014                      John P. Hehman, Clerk


                                                By: s/Mary C. Brown
                                                Mary C. Brown, Deputy Clerk